UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **YAAKOV THALLER, on behalf of himself and all other similarly situated consumers,** | )<br>)<br>) **CASE NO.:** |
| Plaintiff, | )<br>) |
| vs. | ) State County Court Case No.:<br>) CACE-22-002159 |
| **CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES,** | )<br>)<br>) **NOTICE OF REMOVAL** |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1332, 1441 and 1446, Defendant Credit Control Services, Inc. d/b/a/ Credit Collection Services ("CCS"), by and through its undersigned attorney of record, Gordon Rees Scully Mansukhani, LLP, hereby removes this putative class action brought by Plaintiff, Yaakov Thaller, originally filed in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida Civil Division, Case No.: CAC-22-002159, to the United States District Court for the Southern District of Florida, and CCS, reserving all defenses other than removal states as following in support:

1. On February 10, 2022, Plaintiff Yaakov Thaller ("Plaintiff") filed a Class Action Complaint alleging two (2) causes of action in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, entitled and captioned: *Yaakov Thaller, on behalf of himself and all other similarly situated consumers v Credit Collection Services, Inc.* which was assigned Case No.: CACE-22-002159.

2. On or about February 23, 2022, CCS was served with the Complaint. *Attached as* **Exhibit A** *is a copy of the Summons and Complaint in the State Court Action.*

3. CCS has timely filed this Notice of Removal pursuant to 28 U.S.C. §1446(b).

4. Removal to this Court is proper pursuant to 28 U.S.C. §1441(a), which provides, in relevant part, that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. As more fully set forth below, this Court has original jurisdiction based upon claims arising under Federal Law under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq.

6. Because Plaintiff's First Causes of Action is federal questions, the prerequisite for removal under 28 U.S.C. §1441 has been met, and this Court is vested with subject matter jurisdiction over this action.

7. Pursuant to 28 U.S.C. §1367, to the extent jurisdiction is not otherwise provided in this Notice, CCS respectfully requests that this Court exercise supplemental jurisdiction over Plaintiff's state law claim, as such claim is so related to Plaintiff's federal claim "that they form part of the same case or controversy under Article III of the United States Constitution."

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the County Court in and for Broward County, Florida Civil Division, Case No.: CACE-22-002159.

9. CCS reserves all defenses including but not limited to those specified in FRCP 12(b).

10. CCS files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

11. Written notice of the filing of this Notice of Removal on this date has been given

to the Plaintiff, Yaakov Thaller, through Plaintiff's attorneys of record, Omar M. Salazar II, Esq., Levy & Partners, PLLC, 3230 Stirling Road, Suite 1, Hollywood, FL 33021, via electronic mail at omar@lawlp.com.

12. The undersigned certifies that the Defendant, CCS, has consented to the removal of this action from the Seventeenth Judicial Circuit Court of Broward County, Florida to the United States District Court, Southern District.

13. The undersigned counsel is authorized by CCS to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

**WHEREFORE**, Defendant removes to this Court the above-entitled action, pending in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and requests this action be placed on the docket of this Court for further proceedings as though this action had originally been instituted in this Court. Additionally, Defendant respectfully requests that the docket of the Court notice this firm's representation of Defendant Credit Control Services, Inc., d/b/a Credit Collection Services for all further proceedings.

Dated: March 15, 2022           Respectfully submitted,

**GORDON REES
SCULLY MANSUKHANI, LLP**

By:  */s/Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) 305-428-5309
*Attorneys for Defendant Credit Control Services, Inc. d/b/a Credit Collection Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic email to:

Omar M. Salazar II, Esq.
Levy & Partners, PLLC
3230 Stirling Road, Suite 1
Hollywood, FL 33021
Tel: (654) 727-8570
Fax: (954) 241-6857
omar@lawlp.com

**GORDON REES
SCULLY MANSUKHANI, LLP**

By: */s/Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) 305-428-5309
*Attorneys for Defendant Credit Control Services, Inc d/b/a Credit Collection Services*